UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN JOSE CARDENAS,<br><br>               Petitioner,<br><br>     v.<br><br>WARDEN M. D. McDONALD,<br><br>               Respondent. | No. CV 10-7276-JST (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 10, 2011

                                                    **JOSEPHINE STATON TUCKER**
                                              HONORABLE JOSEPHINE STATON TUCKER
                                                    UNITED STATES DISTRICT JUDGE